1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8                                        No. CR 05-00334 SBA

9   UNITED STATES OF AMERICA,

10          Plaintiff,

11      v.

12  LAL BHATIA,

13          Defendant.
    _____/
14
    LAL BHATIA,
15                                       No. C 09-05581 cw
            Plaintiff,
16
        v.                               JUDICIAL REFERRAL
17                                       FOR PURPOSE OF
    OFFICE OF THE UNITED STATES ATTORNEY, DETERMINING
18  NORTHERN DISTRICT OF CALIFORNIA,     RELATIONSHIP OF
                                         CASES
19          Defendant.

20  _____/

21

22      Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers

23  the above-captioned cases to District Judge Saundra Brown Armstrong

24  to consider whether these cases are related on the ground that the

25  later-filed civil case arises from events that occurred in the

26  earlier-filed criminal case.  Parties shall file any response in

27  opposition to or in support of relating the cases within five (5)

28

United States District Court
For the Northern District of California

days of receipt of this Order.

12/15/09

Dated _____

_____
CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,

        Plaintiff,

  v.

OFFICE OF THE UNITED STATES ATTORNEY et al,

        Defendant.

_____/

Case Number: CV09-05581 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal  Bhatia Reg. No. 97562-011
TCI- Taft
P.O. Box 7001
Taft,  CA 93268

Dated: December 15, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

3