1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              OAKLAND DIVISION

9

| | |
|---|---|
| 10  LAL BHATIA, | Case No:  C 09-5581 SBA |
| 11         Plaintiff, | Related to: |
| | C 08-04208 SBA |
| 12     vs. | C 10-00072 SBA |
| | CR 05-00334 SBA |
| 13  OFFICE OF THE UNITED STATES ATTORNEY, NORTHERN DISTRICT OF | **JUDGMENT** |
| 14  CALIFORNIA, AND DOES 1-50, | |
| 15         Defendants. | |

16

17    In accordance with the Court's Order Granting Defendant's Motion to Dismiss,

18    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

19    IT IS SO ORDERED.

20  Dated: March 29, 2011

                                            _Saundra B Armstrong_
21                                          SAUNDRA BROWN ARMSTRONG
                                            United States District Judge
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,

        Plaintiff,

  v.

OFFICE OF THE UNITED STATES
ATTORNEY et al,

        Defendant.
_____/

Case Number: CV09-05581 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia Reg. No. 97562-011
Federal Detention Center
5675 - 8th Street, Camp Parks
Dublin, CA 94568

Dated: April 4, 2011

                                Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk