UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAL BHATIA,<br><br>      Plaintiff,<br><br>vs.<br><br>OFFICE OF THE UNITED STATES ATTORNEY, NORTHERN DISTRICT OF CALIFORNIA, AND DOES 1-50,<br><br>      Defendants. | Case No: C 09-5581 SBA<br><br>Related to:<br>C 08-04208 SBA<br>C 10-00072 SBA<br>CR 05-00334 SBA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST TO ACCORD FULL FAITH AND CREDIT OF JUDGMENT**<br><br>Docket 59 |

    The instant lawsuit is one of a number of pro se civil actions brought by Plaintiff Lal Bhatia ("Bhatia") based on allegations that Assistant United States Attorney Stephen Corrigan and Federal Bureau of Investigations Agent Janet Berry knowingly provided "inaccurate material information" to the grand jury, which, in turn, led to his indictment in the pending criminal action styled as <u>United States v. Lal Bhatia, et al.</u>, CR 05-00334 SBA. On March 29, 2011, the Court dismissed the instant action and entered final judgment in favor of Defendant. Dkt. 51.

    Plaintiff has filed a motion styled as "Request for Leave to File Request to Accord Full Faith and Credit of Judgement [sic] Entered by the Superior Court of California, County of Kern on June 30, 2011, in Favor of Lal Bhatia and Against Gerry Florent." Dkt. 59. Plaintiff claims that a judgment he allegedly obtained against non-party Gerry Florent

1  in Kern County Superior Court is relevant to Defendant's motion to declare him a vexatious
2  litigant. However, because Plaintiff's motion was not filed in compliance with the Civil
3  Local Rules, it need not be considered by the Court. <u>Tri-Valley CARES v. U.S. Dept. of
4  Energy</u>, 671 F.3d 1113, 1131 (9th Cir. 2012) ("Denial of a motion as the result of a failure
5  to comply with local rules is well within a district court's discretion."). In any event,
6  Plaintiff's alleged judgment against Mr. Florent is inapposite to Defendant's motion.
7  Accordingly,
8       IT IS HEREBY ORDERED THAT Plaintiff's Request for Leave to File Request to
9  Accord Full Faith and Credit of Judgment Entered by the Superior Court of California,
10 County of Kern on June 30, 2011, in Favor of Lal Bhatia and Against Gerry Florent is
11 DENIED.
12      IT IS SO ORDERED.
13 Dated: March 30, 2012
                                        *Saundra B Armstrong*
14                                      SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAL BHATIA,

       Plaintiff,

  v.

OFFICE OF THE UNITED STATES
ATTORNEY et al,

       Defendant.
_____/

Case Number: CV09-05581 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lal Bhatia Reg. No. 97562-011
Federal Detention Center
5675 - 8th Street, Camp Parks
Dublin, CA 94568

Dated: April 13, 2012

                              Richard W. Wieking, Clerk

                                  By: Lisa Clark, Deputy Clerk